THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. BALTZLEY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

    Defendant.

3:18-CV-959
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 7th DAY OF JANUARY, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 22) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 22) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss (Doc. 4) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's November 6, 2018 Order (Doc. 13).

_____
Robert D. Mariani
United States District Judge