IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. BALTZLEY, | : | CIVIL ACTION |
| Plaintiff | : | No. 3:18-CV-00959 |
| | : | |
| vs. | : | (Judge Mariani) |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | (Magistrate Judge Carlson) |
| INSURANCE COMPANY, | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## STIPULATION

It is hereby stipulated by plaintiff, David Baltzley, and Defendant, State Farm Mutual Automobile Insurance Company, by and through their respective undersigned counsel, that plaintiff's Complaint asserting a claim for Bad Faith is dismissed without prejudice.

The parties further agree that plaintiff shall have one year from date that the case captioned <u>David E. Baltzley v. State Farm Mutual Automobile Insurance Company</u>, Lackawanna County docket no. no. 2016-CV-4647, is concluded, as defined by settlement, verdict and/or final determination of any/all potential appeals, to reassert an action against State Farm for Bad Faith, only. In the event that suit is refiled by Plaintiff within one year as set forth above, State Farm agrees not to raise the Statute of Limitations as a defense to the action.

MUNLEY LAW, P.C.

By: _____
CAROLINE MUNLEY, ESQUIRE
Attorneys for Plaintiff,
David E. Baltzley

FORRY ULLMAN

By: _____
GARY A. DRAKAS, ESQUIRE
Attorneys for Defendant,
State Farm Mutual Automobile
Insurance Company