THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID E. BALTZLEY, :
:
    Plaintiff, :
v. : 3:18-CV-959
: (JUDGE MARIANI)
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY :
:
    Defendant. :

### ORDER

AND NOW, THIS _30th_ DAY OF SEPTEMBER, 2019, upon receipt of the parties' Stipulation (Doc. 29) wherein the parties agree that Plaintiff's sole remaining claim for Bad Faith is dismissed, **IT IS HEREBY ORDERED THAT** the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge